JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adobe Systems Incorporated<br><br>    Plaintiff,<br><br>v.<br><br>David Far et al<br><br>    Defendants. | Case No.  CV 15-06192-AB (AJWx)<br><br>ORDER DISMISSING CIVIL ACTION |

  THE COURT having been advised that the above-entitled action has been settled;

  IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **21 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: July 20, 2016     _____
                ANDRÉ BIROTTE JR.
                UNITED STATES DISTRICT JUDGE